Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-mj-02524 |
| v. | |
| Norberto Sanchez Lizarraga | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| DEFENDANT(S). | __Southern__ District of __New York__ |
| | At __New York__ |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Conspiracy to Distribute Controlled Substance

☑ in violation of Title __21__ United States Code, Section (s) __841(a)(1), 841(b)(1) and 846__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
- ☐ duly waived arrival of process.
- ☐ duly waived identity hearing before me on _____.
- ☐ duly waived preliminary hearing before me on _____.
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☑ had an identity hearing before me on __May 6, 2024__, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

May 6, 2024        [signature]
Date        United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date        Deputy

M-15 (01/09)        **FINAL COMMITMENT AND WARRANT OF REMOVAL**

```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   AYLIN KUZUCAN (Cal. Bar No. 319228)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8603
7       Facsimile: (213) 894-0141
        Email:     aylin.kuzucan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

APR 30 2024

CENTRAL DISTRICT OF CALIFORNIA
BY        W          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:24-mj-02524 |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION</u> |
| v. | |
| NORBETO SANCHEZ LIZARRAGA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the
        following grounds:

   ☐  a.  present offense committed while defendant was on release
          pending (felony trial),

   ☐  b.  defendant is an alien not lawfully admitted for
          permanent residence; <u>and</u>

| | | | |
|---|---|---|---|
| 1 | ☐ | c. | defendant may flee; or |
| 2 | ☐ | d. | pose a danger to another or the community. |
| 3 | ☒ | 2. | Pretrial Detention Requested (§ 3142(e)) because no |
| 4 | | | condition or combination of conditions will reasonably |
| 5 | | | assure: |
| 6 | ☒ | a. | the appearance of the defendant as required; |
| 7 | ☒ | b. | safety of any other person and the community. |
| 8 | ☐ | 3. | Detention Requested Pending Supervised Release/Probation |
| 9 | | | Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. |
| 10 | | | § 3143(a)): |
| 11 | ☐ | a. | defendant cannot establish by clear and convincing |
| 12 | | | evidence that he/she will not pose a danger to any |
| 13 | | | other person or to the community; |
| 14 | ☐ | b. | defendant cannot establish by clear and convincing |
| 15 | | | evidence that he/she will not flee. |
| 16 | ☒ | 4. | Presumptions Applicable to Pretrial Detention (18 U.S.C. |
| 17 | | | § 3142(e)): |
| 18 | ☒ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") |
| 19 | | | (46 U.S.C. App. 1901 et seq.) offense with 10-year or |
| 20 | | | greater maximum penalty (presumption of danger to |
| 21 | | | community and flight risk); |
| 22 | ☐ | b. | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or |
| 23 | | | 2332b(g)(5)(B) with 10-year or greater maximum penalty |
| 24 | | | (presumption of danger to community and flight risk); |
| 25 | ☐ | c. | offense involving a minor victim under 18 U.S.C. |
| 26 | | | §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, |
| 27 | | | 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), |
| 28 | | | |

Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles and Riverside criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

FILED
2024 APR 30 AM 9:58
CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___ 7V

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>**PLAINTIFF** | CASE NUMBER:<br>**MJ 24-02524** |
|---|---|
| NORBERTO LIZARRAGA SANCHEZ<br>USMS# ___ **DEFENDANT** | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: April 30, 2024    ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:

    21 usc 841

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: SPANISH

7. Year of Birth: 1982

8. Defendant has retained counsel:  ☒ No
    ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: n/a

10. Remarks (if any): N.A

11. Name: Nicholas Indal    (please print)

12. Office Phone Number: 646-983-2443    13. Agency: HSI NY

14. Signature: NICHOLAS E INDAL  Digitally signed by NICHOLAS E INDAL  Date: 2024.04.30 11:18:39 -04'00'    15. Date: 04/30/2024

CR-64 (07/20)    REPORT COMMENCING CRIMINAL ACTION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-MJ-2524 | Date | April 30, 2024 |
|---|---|---|---|

| Title | United States v. Norberto Sanchez Lizarraga |
|---|---|

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION

The Court conducted a detention hearing on:

☒   The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving: a narcotics or controlled substance offense with maximum sentence of ten or more years.

☐   The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving: a serious risk that the defendant will flee.

☒   The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e) (2-3)].

☒   The Court finds that the defendant ☐ has ☒ has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

\* \* \*

The Court finds that no condition or combination of conditions will reasonably assure:
   ☐ the appearance of the defendant as required.
   ☐ the safety of any person or the community.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-MJ-2524 | Date | April 30, 2024 |
|---|---|---|---|
| Title | United States v. Norberto Sanchez Lizarraga | | |

The Court bases its findings on the following [18 U.S.C. § 3142(g)]:

- ☐ Nature and circumstances of offense charged
- ☐ Weight of known evidence against defendant
- ☐ Lack of bail resources
- ☐ No stable residence, employment, or community ties
- ☐ Ties to foreign countries
- ☐ Substance abuse
- ☐ Nature of previous criminal convictions
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☐ Already in custody on state or federal offense
- ☐ Information given to Pretrial Services inconsistent with verification
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2-3)]
- ☐

☒ Defendant did not oppose the detention request.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IT IS THEREFORE ORDERED Defendant shall not be immediately transported to Southern District of New York. However, following the resolution of the identity hearing, Monday, May 6, 2024, at 10:30 a.m. before the Honorable Margo A. Rocconi, in court room 790, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for forthwith transfer to the Southern District of New York.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ☑LA ☐RS ☐SA   DATE FILED: 4/30/2024 |
|---|---|
| PLAINTIFF | CASE NUMBER: 2:24-mj-02524  ☑ ~~Under Seal~~ |
| v. | INIT. APP. DATE: 4/30/2024   TIME: 1:30 PM |
| Norberto Sanchez Lizarraga | CHARGING DOC: Out of District Affidavit |
|  | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
|  | VIOLATION: 21:841 |
|  | COURTSMART/REPORTER: C/S 4/30/24 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Margo A. Rocconi

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Valerie Velasco (Deputy Clerk)   Aylin Kuzucan (Assistant U.S. Attorney)   Spanish / Jesus Rivera (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☑ is   Norberto Lizarraga Sanchez
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Nadine C Hettle   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) May 6, 2024   (Time) 10:30 ☑ AM/☐ PM
☑ Type of Hearing: Identity Hearing   Before Judge Margo A. Rocconi /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom   ☐ Judge's Courtroom
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
☐ Other:

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY   Deputy Clerk Initials VV : 25

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. **2:24-mj-02524-DUTY-1**     CourtSmart **c/s 5/6/2024**     Date: **5/6/2024**

Present: The Honorable **Margo A. Rocconi**, U.S. Magistrate Judge

**Valerie Velasco** — Deputy Clerk
**Aylin Kuzucan** — Assistant U.S. Attorney
**Spanish, Estella Moll** — Interpreter / Language

USA v. **Norberto Sanchez Lizarraga**
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Nadine C. Hettle**
☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☑ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

- ☐ Process  ☐ received  ☐ not received
- ☑ Witness(es) CST  ☑ Exhibits Marked  ☑ See separate list.
- ☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
- ☑ Court finds defendant  ☑ to be the person  ☐ not to be the person charged in the  ☑ Indictment  ☐ Information  ☐ Complaint.
- ☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☑ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
- ☐ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
- ☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
- ☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: **5/6/2024** By: **Margo A. Rocconi**.
  - ☐ Final commitment and warrant of removal are ordered stayed until _____.
- ☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at ☐ Los Angeles ☐ Riverside ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**   ☐ Contested detention hearing is held.
- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Counsel stipulate to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $** _____ ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
- ☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel. ☐ Release Order Issued - Release No.: _____
- ☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____.
- ☑ Other: Defendant's next court date is set on May 8th at 11:00, Courtroom 443 in the Southern District of New York.

I. _____ : 30
II. _____ : _____
Deputy Clerk Initials **vv**



FILED
CLERK, U.S. DISTRICT COURT

APR 30 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, Plaintiff, | CASE NUMBER: 2:24-mj-02524 |
|---|---|
| v. | |
| Norberto Sanchez Lizarraga, Defendant. | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _____

_____
Signature of Defendant

*[or]*

I have personally heard a translation in the __Spanish__ language read to me and understand the above Advisement of Rights.

Dated: April 30, 2024

X Norberto L. Zarraga
_____
Signature of Defendant

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the __Spanish__ language.

Dated: April 30, 2024

_____
Signature of Interpreter

Jesús Rivera
Print Name of Interpreter

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: April 30, 2024

_____
Signature of Attorney

CR-10 (06/18)     ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS     PAGE 2 OF 2

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-02524-DUTY All Defendants

Case title: USA v. Lizarraga

Date Filed: 04/30/2024

Date Terminated: 05/06/2024

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Norberto Sanchez Lizarraga**  
*TERMINATED: 05/06/2024*

represented by **Nadine C Hettle**  
Federal Public Defenders Office  
321 East 2nd Street  
Los Angeles, CA 90012-4206  
213-894-4790  
Fax: 213-894-0081  
Email: nadine_hettle@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Norberto Sanchez Lizarraga, originating in the Southern District of New York. Defendant charged in violation of: 21:841(a)(1),(b)(1), 846. Signed by agent Arturo Becerra, HSI. filed by Plaintiff USA. (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Norberto Sanchez Lizarraga; defendants Year of Birth: 1982; date of arrest: 4/30/2024 (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 3 | Defendant Norberto Sanchez Lizarraga arrested on warrant issued by the USDC Southern District of New York (Attachments: # 1 Charging documents: Southern District of New York)(jb) (Entered: 05/03/2024) |
| 04/30/2024 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Norberto Sanchez Lizarraga (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Margo A. Rocconi as to Defendant Norberto Sanchez Lizarraga. Defendant arraigned and states true name is Norberto Lizarraga Sanchez. Attorney: Nadine C Hettle for Norberto Sanchez Lizarraga, Deputy Federal Public Defender, present. Granting 4 REQUEST for Detention as to Norberto Sanchez Lizarraga (1). Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. ( Identity Hearing set for 5/6/2024 10:30 AM before Magistrate Judge Margo A. Rocconi.) Government moves to Unseal entire case: Granted. Court Smart: CS 4/30/2024. (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Norberto Sanchez Lizarraga. (Not for Public View pursuant to the E-Government Act of 2002) (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 7 | ORDER OF DETENTION by Magistrate Judge Margo A. Rocconi as to Defendant Norberto Sanchez Lizarraga, (jb) (Entered: 05/03/2024) |
| 04/30/2024 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Norberto Sanchez Lizarraga. (jb) (Entered: 05/03/2024) |
| 05/06/2024 | 9 | MINUTES OF RULE 5(c)(3) IDENTITY HEARING held before Magistrate Judge Margo A. Rocconi as to Defendant Norberto Sanchez Lizarraga. Attorney: Nadine C. Hettle, Deputy Federal Public Defender, present. Court orders defendant held to answer to Southern District of New York. Warrant of Removal and final commitment to issue. Defendant's next court date is set for May 8th at 11:00, Courtroom 443 in the Southern |

| | | |
|---|---|---|
| | | District of New York. Court Smart: CS 5/6/2024. (jb) (Entered: 05/06/2024) |
| 05/06/2024 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Margo A. Rocconi that Defendant Norberto Sanchez Lizarraga be removed to the Southern District of New York (jb) (Entered: 05/06/2024) |
| 05/06/2024 | 11 | LIST OF EXHIBITS AND WITNESSES at trial as to Norberto Sanchez Lizarraga. (jb) (Entered: 05/06/2024) |
| 05/06/2024 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Norberto Sanchez Lizarraga. Your case number is: S423cr209-VEC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 10 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (jb) (Entered: 05/06/2024) |