# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2024

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 240
New York, New York 10007

Re:     **United States v. Mateo Cabrera**
        **23-CR-0209 (VEC)**

Dear Judge Caproni:

  Mateo Cabrera, through undersigned counsel, respectfully writes this letter requesting that the Court recommend to the Bureau of Prisons that he be designated to FCI Danbury. Such a placement would be close to the New York City area -- as previously requested by Mr. Cabrera -- and would help facilitate family visits, as it is roughly one hour from the Bronx.

               Respectfully Submitted,
               /s/
               Kristoff I. Williams
               Assistant Federal Defender
               Federal Defenders of New York
               (212) 417-8791